# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| TROY BAXENDELL | ) | |
| LISA M. BAXENDELL | ) | Bankruptcy No. 07-26165JAD |
| Debtors | ) | Chapter 13 |
| TROY BAXENDELL | ) | |
| LISA M. BAXENDELL | ) | Document No. |
| Movants | ) | |
| vs. | ) | Hearing Date:  11/2/2016 @ 10:00 AM |
| | ) | |
| THE BOROUGH OF PLEASANT HILLS | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON
### MOTION TO REOPEN BANKRUPTCY CASE

**TO THE RESPONDENTS**:

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than October 21, 2016, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

 A hearing will be held on November 2, 2016, at  10:00 AM before Judge Jeffery A. Deller in Courtroom "D", U.S. Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service  10/3/2016

/s/ Robert B. Marcus
Robert B. Marcus, Esquire
PA ID No. 10294
436 Seventh Avenue, Suite 220
Pittsburgh, PA  15219
412/391-9991
attnyrobmarcus@yahoo.com