# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| TROY BAXENDELL | ) |
| LISA M. BAXENDELL | ) Bankruptcy No. 07-26165JAD |
|         Debtors | ) Chapter 13 |
| TROY BAXENDELL | ) |
| LISA M. BAXENDELL | ) Document No. |
|         Movants | ) |
|         vs. | ) Hearing Date: 11/2/2016 @ 10:00 AM |
| | ) |
| THE BOROUGH OF PLEASANT HILLS | ) |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REOPEN BANKRUPTCY CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Case filed on 10/3/2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 10/21/2016.

It is hereby respectfully requested that the Order attached to the Motion to Reopen Bankruptcy Case be entered by the Court.

Dated  10/25/2016

BY: /s/ Robert B. Marcus
Robert B. Marcus, Esquire
436 Seventh Avenue, Suite 220
Pittsburgh, PA  15219
412-391-9991
PA ID No. 10294
attnyrobmarcus@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
|   TROY BAXENDELL | ) |
|   LISA M. BAXENDELL | ) Bankruptcy No. 07-26165JAD |
|                 Debtors | ) Chapter 13 |
| TROY BAXENDELL | ) |
|   LISA M. BAXENDELL | ) Document No. |
|                 Movants | ) |
|           vs. | ) Hearing Date: 11/2/2016 @ 10:00 AM |
| | ) |
| THE BOROUGH OF PLEASANT HILLS | ) |

### CERTIFICATE OF SERVICE REGARDING
### CERTIFICATE OF NO OBJECTION REGARDING
### MOTION TO REOPEN BANKRUPTCY CASE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified on the attached list on      10/25/2016

The type of service made on the parties was: U.S. First Class Mail, postage prepaid.

Respectfully submitted,

 /s/ Robert B, Marcus
Robert B. Marcus, Esquire
PA ID No. 10294
436 7th Avenue, Suite 220
Pittsburgh, PA 15219
412/391-9991
attnyrobmarcus@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 07-26165-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Oct  3 10:36:28 EDT 2016 | Afni Incorp.<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | Afni, Inc.<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| Allegheny County Treasuer<br>Room 108 Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219-2497 | BAC Home Loan Servicing, LP<br>Bankruptcy Department<br>2380 Performance Drive<br>Mail Stop TX2-984-05-03<br>RICHARDSON, TX 75082-4333 | BAC Home Loans Servicing, L.P. fka Countrywi<br>2380 Performance Dr. Bldg C Mail Stop: R<br>Richardson, TX 75082-4333 |
| BANK OF AMERICA, N.A.<br>2380 Performance Dr.<br>Richardson, TX 75082-4333 | Bank of New York as Trustee<br>c/o Countrywide Home Loans, Inc.<br>7105 Corporate Drive<br>PTX B-209<br>Plano, TX 75024-4100 | Lisa M. Baxendell<br>376 Saratoga Drive<br>Pittsburgh, PA 15236-4455 |
| Troy Baxendell<br>376 Saratoga Drive<br>Pittsburgh, PA 15236-4455 | Borough of Pleasant Hills<br>c/o Fred C. Jug, Jr., Solicitor<br>1109 Grant Building<br>Pittsburgh, PA 15219-2227 | Brandt, Milnes & Rea<br>1109 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15219-2213 |
| Countrywide<br>450 American St<br>Simi Valley, CA 93065-6285 | Credit Acceptance<br>25505 W. 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Protection Services/Comcast<br>1355 Noel Road<br>Suite 2100<br>Dallas, TX 75240-6837 |
| Denovus Corp Ltd.<br>480 Johnson Road<br>Suite 110<br>Washington, PA 15301-8936 | Denovus Corporation<br>150 W Beau St<br>Washington, PA 15301-4425 | Duquesne Light Company<br>c/o S. James Wallace<br>The Gulf Tower, 38th Floor<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| (p)BERNSTEIN LAW FIRM<br>707 GRANT ST<br>STE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1900 | ECMC<br>P. O. Box 8809<br>Richmond, VA 23225-0509 | Paul M. Goltz<br>3000 Village Run Road<br>Building One, Suite 105<br>Wexford, PA 15090-6315 |
| Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | I.C. System Incorporated<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | Intinity  Value Added<br>5205 N. O'Connor Blvd.<br>Suite 700<br>Irving, TX 75039-3790 |
| Jordan Tax Service<br>7100 Baptist Road<br>Bethel Park, PA 15102-3908 | Krysia Kubiak<br>Duquesne Light Company<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 | Laura M. McCurdy<br>Weiss Burkardt Kramer, LCC<br>445 Fort Pitt Blvd.<br>Suite 503<br>Pittsburgh, PA 15219-1308 |
| National Auto Finance Company<br>PO Box 130156<br>Roseville, MN 55113-0002 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125 |

| | | |
|---|---|---|
| Nelnet Lns<br>Po Box 1649<br>Denver, CO 80201-1649 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PAMS<br>336 Delaware Avenue<br>Dept W.46<br>Oakmont, PA 15139-2138 | (p)PENNSYLVANIA HOUSING FINANCE AGENCY<br>211 NORTH FRONT STREET<br>HARRISBURG PA 17101-1406 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Phfa-hemap<br>2101 N. Front Stre Pob 15530<br>Harrisburg, PA 17105-5530 | Pleasant Hills Boro<br>c/o Gretchen Fuller, Tax Collector<br>P.O. Box 10931<br>Pittsburgh, PA 15236-0931 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS TX 76180-6036 | UPMC Presbyterian Shadyside<br>P.O. Box  382059<br>Pittsburgh, PA 15250-8059 |
| VATIV as agent Palisades/Asta Funding<br>P.O. Box 19249<br>Sugar Land, TX 77496-9249 | West Jefferson Hills School District<br>c/o The Law Offices of Ira Weiss<br>445 Fort Pitt Boulevard, Suite 503<br>Pittsburgh, PA 15219-1308 | West Jefferson Hills School District<br>410 E. Bruceston Street<br>Pittsburgh, PA 15236-4504 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Duquesne Light Company<br>Po Box 1930<br>Pittsburgh, PA 15230 | PALLINO RECEIVABLES III LLC<br>c/o Jefferson Capital Systems LLC<br>PO BOX 23051<br>COLUMBUS GA 31902-3051 | PHFA-HEMAP<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA  17105 |
| Portfolio Recoveries<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541 | T Mobile<br>P.O Box 37380<br>Albuquerque, NM 87176 |
| (d)T-Mobile USA Inc.<br>ATTN: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | Triad Financial Corp<br>5201 Rufe Snow Dr Ste 40<br>North Richland Hills, TX 76180 | (d)Triad Financial Corporation<br>7711 Center Avenue, Suite 100<br>Huntington Beach, CA 92647 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BAC Home Loan Servicing, LP      (d)Duquesne Light Company         (u)The Bank of New York Mellon, et al...
Bankruptcy Department                c/o S. James Wallace
2380 Performance Drive               The Gulf Tower, 38th Floor
Mail Stop TX2-984-05-03              707 Grant Street
Richardson, TX 75082-4333            Pittsburgh, PA 15219-1908


End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48
```