IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# DEFAULT O/E JAD

| | |
|---|---|
| IN RE: | ) |
| TROY BAXENDELL | ) |
| LISA M. BAXENDELL | ) Bankruptcy No. 07-26165JAD |
|       Debtors | ) Chapter 13 |
| TROY BAXENDELL | ) |
| LISA M. BAXENDELL | ) Related To Document No. 99 |
|       Movants | ) |
| vs. | ) Hearing Date: 11/2/2016 at 10:00 AM |
| | ) |
| THE BOROUGH OF PLEASANT HILLS | ) |

### ORDER OF COURT

**AND NOW**, to wit, this 26th day of October, 2016, upon presentation and consideration of the within Motion to Reopen Bankruptcy Case, it is hereby **ORDERED, ADJUDGED and DECREED** that said Motion is GRANTED. The Debtors' bankruptcy case is reopened for the limited purpose of allowing Respondent, Borough of Pleasant Hills, to retrieve funds that were placed in the Registry Account of Unclaimed Funds which belong to said Borough.

BY THE COURT:

_____
The Honorable Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Robert B. Marcus, Esquire
   Office of United States Trustee

FILED
10/26/16 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 07-26165-JAD
Troy Baxendell                                                 Chapter 13
Lisa M. Baxendell
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                Page 1 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: pdf900           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db           +Troy Baxendell,    376 Saratoga Drive,    Pittsburgh, PA 15236-4455
jdb         #+Lisa M. Baxendell,    376 Saratoga Drive,    Pittsburgh, PA 15236-4455
aty          +West Jefferson Hills School District,    c/o The Law Offices of Ira Weiss,
               445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
cr           +BAC Home Loans Servicing, L.P. fka Countrywide Hom,     2380 Performance Dr. Bldg C Mail Stop: R,
               Richardson, TX 75082-4333
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
11660375     +Allegheny County Treasurer,    Room 108 Courthouse,    436 Grant Street,
               Pittsburgh, PA 15219-2497
12701075     +BAC Home Loan Servicing, LP,    Bankruptcy Department,    2380 Performance Drive,
               Mail Stop TX2-984-05-03,    Richardson, TX 75082-4333
11674011     +Bank of New York as Trustee,    c/o Countrywide Home Loans, Inc.,    7105 Corporate Drive,
               PTX B-209,    Plano, TX 75024-4100
11682423     +Borough of Pleasant Hills,    c/o Fred C. Jug, Jr., Solicitor,    1109 Grant Building,
               Pittsburgh, PA 15219-2227
11660376     +Brandt, Milnes & Rea,    1109 Grant Building,    310 Grant Street,    Pittsburgh, PA 15219-2213
11660393    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court:   T Mobile,    P.O Box 37380,    Albuquerque, NM 87176)
11660378     +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
11660379     +Credit Acceptance,    25505 W. 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
11660380     +Credit Protection Services/Comcast,    1355 Noel Road,    Suite 2100,    Dallas, TX 75240-6837
11660382     +Denovus Corporation,    150 W Beau St,    Washington, PA 15301-4425
11761846     +ECMC,   P. O. Box 8809,    Richmond, VA 23225-0509
11660384     +I.C. System Incorporated,    444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
11660385     +Intinity Value Added,    5205 N. O'Connor Blvd.,    Suite 700,    Irving, TX 75039-3790
11660386     +Jordan Tax Service,    7100 Baptist Road,    Bethel Park, PA 15102-3908
11660389     +PAMS,   336 Delaware Avenue,    Dept W.46,    Oakmont, PA 15139-2138
11660391     +Pleasant Hills Boro,    c/o Gretchen Fuller, Tax Collector,    P.O. Box 10931,
               Pittsburgh, PA 15236-0931
11660394    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court:   Triad Financial Corp,    5201 Rufe Snow Dr Ste 40,
               North Richland Hills, TX 76180)
11660395      UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
11660396     +West Jefferson Hills School District,    410 E. Bruceston Street,    Pittsburgh, PA 15236-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bknotice@ncmllc.com Oct 27 2016 01:28:39      National Capital Management, LLC,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
11660373     +E-mail/Text: EBNProcessing@afni.com Oct 27 2016 01:28:37      Afni Incorp.,    P.O. Box 3427,
               Bloomington, IL 61702-3427
11660374     +E-mail/Text: EBNProcessing@afni.com Oct 27 2016 01:28:37      Afni, Inc.,    Po Box 3427,
               Bloomington, IL 61702-3427
11660383      E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:08      Duquesne Light Company,
               Po Box 1930,    Pittsburgh, PA 15230
11660381     +E-mail/Text: tjohnson@denovusltd.com Oct 27 2016 01:28:46      Denovus Corp Ltd.,
               480 Johnson Road,    Suite 110,    Washington, PA 15301-8936
11691096     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:08      Duquesne Light Company,
               c/o S. James Wallace,    The Gulf Tower, 38th Floor,    707 Grant Street,
               Pittsburgh, PA 15219-1908
11731740      E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 27 2016 01:28:41      PALLINO RECEIVABLES III LLC,
               c/o Jefferson Capital Systems LLC,    PO BOX 23051,    COLUMBUS GA 31902-3051
11660387      E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2016 01:27:46      National Auto Finance Company,
               PO Box 130156,    Roseville, MN 55113-0002
13066990     +E-mail/Text: bknotice@ncmllc.com Oct 27 2016 01:28:38      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125,    USA 38125-1741
11660388     +E-mail/Text: electronicbkydocs@nelnet.net Oct 27 2016 01:28:35      Nelnet Lns,    Po Box 1649,
               Denver, CO 80201-1649
11745560      E-mail/Text: blegal@phfa.org Oct 27 2016 01:28:31      PHFA-HEMAP,    211 North Front Street,
               PO Box 8029,    Harrisburg, PA  17105
11660392      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 01:57:51
               Portfolio Recoveries,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
11664092      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2016 01:54:51
               Portfolio Recovery Associates, LLC.,    PO Box 12914,    NORFOLK VA 23541
11660390     +E-mail/Text: blegal@phfa.org Oct 27 2016 01:28:31      Phfa-hemap,
               2101 N. Front Stre Pob 15530,    Harrisburg, PA 17105-5530
11775328     +E-mail/Text: ebn@vativrecovery.com Oct 27 2016 01:27:55
               VATIV as agent Palisades/Asta Funding,    P.O. Box 19249,    Sugar Land, TX 77496-9249
                                                                                              TOTAL: 15
```

```
District/off: 0315-2          User: gamr              Page 2 of 2                Date Rcvd: Oct 26, 2016
                              Form ID: pdf900         Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             The Bank of New York Mellon, et al...
cr*           +BAC Home Loan Servicing, LP,    Bankruptcy Department,    2380 Performance Drive,
                Mail Stop TX2-984-05-03,    RICHARDSON, TX 75082-4333
cr*           +Duquesne Light Company,    c/o S. James Wallace,    The Gulf Tower, 38th Floor,
                707 Grant Street,    Pittsburgh, PA 15219-1908
11660377*     +Brandt, Milnes & Rea,    1109 Grant Building,    310 Grant Street,    Pittsburgh, PA 15219-2213
11678610*    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile USA Inc.,    ATTN: Bankruptcy Dept.,    PO Box 53410,
                Bellevue, Wa 98015-3410)
11664093*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,    PO Box 12914,
                NORFOLK VA 23541)
11693650*    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
               (address filed with court: Triad Financial Corporation,    7711 Center Avenue, Suite 100,
                Huntington Beach, CA 92647)
                                                                                             TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Krysia  Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com
              Laura M. McCurdy     on behalf of Attorney    West Jefferson Hills School District
               lmccurdy@wbklegal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Goltz    on behalf of Plaintiff Troy  Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Plaintiff Lisa M. Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Joint Debtor Lisa M. Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Debtor Troy  Baxendell paulmgoltz@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Debtor Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Joint Debtor Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```