### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 07-26165 |
| TROY BAXENDELL | ) |
| and LISA M. BAXENDELL, | ) |
| Debtors, | ) Chapter 13 |
| | ) |
| BOROUGH OF PLEASANT HILLS, | ) Hearing Date: August 23, 2017 |
| Movant, | ) |
| vs. | ) |
| | ) |
| OFFICE OF UNITED STATES TRUSTEE, | ) |
| Respondents. | ) |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO AUTHORIZE THE DISBURSMENT OF FUNDS HELD IN ESCROW

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than August 14, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default Order was signed of if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on AUGUST 23, 2017, at 10:00 a.m., before Judge Jeffery A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An Order

granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:    <u>July 28, 2017</u>

                                      Respectfully Submitted,
                                      Brandt, Milnes & Rea, P.C.

                                      ___/s/ Lisa M. Burkhart, Esquire__
                                      Lisa M. Burkhart, Esquire
                                      Counsel for Movant,
                                      Borough of Pleasant Hills

                                      Pa. I.D. No. 200272

                                      BRANDT, MILNES & REA, P.C.
                                      310 Grant Street, Suite 1109
                                      Pittsburgh, PA 15219
                                      (412) 255-6500