# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | TROY & LISA M. BAXENDELL |
| **Case Number:** | 07-26165-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 23, 2017 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Motion To Authorize The Disbursement Of Funds Held In Escrow filed by the Borough of Pleasant Hills
- No Response Filed  [Due 8/14/2017]
- No COS Re: Motion and Notice of Hearing
**R / M #:**  107 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  ROBERT B. MARCUS, ESQUIRE
CREDITOR: LISA M. BURKHART, ESQUIRE for BOROUGH OF PLEASANT HILLS

## Proceedings:

_____ Motion is GRANTED   /   DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 8/23/2017 Granting Motion**

FILED
8/23/17 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge