IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> TROY BAXENDELL <br> and LISA M. BAXENDELL, <br>     Debtors, <br><br> BOROUGH OF PLEASANT HILLS, <br>     Movant, <br> vs. <br><br> OFFICE OF UNITED STATES TRUSTEE, <br>     Respondents. | ) Bankruptcy No. 07-26165 -JAD <br> ) <br> ) <br> ) Chapter 13 <br> ) <br> ) <br> ) Related To Doc. No. 107 <br> ) <br> ) Hearing Dated: August 23, 2017 <br> ) <br> ) |

## OEDER OF COURT

AND NOW, this 23rd day of April, 2017, on the Movant, Borough of Pleasant Hills' Motion to Authorize the Disbursement of Funds Held in Escrow, it appearing that all creditors and lien holders were served, it is hereby Ordered that the funds held in escrow shall be distributed to the Borough of Pleasant Hills to be applied toward the Post-Petition Sewer and Solid Waste charges for the real property located at 376 Saratoga Drive, Pittsburgh, PA 15236.

By the Court:

_____
JEFFERY A. DELLER
CHIEF BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    Lisa M. Burkhart, Esquire

FILED
8/23/17 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 07-26165-JAD
Troy Baxendell                                                      Chapter 13
Lisa M. Baxendell
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                  Page 1 of 1              Date Rcvd: Aug 23, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +Troy Baxendell,    376 Saratoga Drive,    Pittsburgh, PA 15236-4455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com
              Krysia  Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com
              Laura M. McCurdy    on behalf of Attorney    West Jefferson Hills School District
               lmccurdy@wbklegal.com
              Lisa M. Burkhart    on behalf of Creditor    Borough of Pleasant Hills lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Goltz    on behalf of Debtor Troy  Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Plaintiff Troy  Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Plaintiff Lisa M. Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Joint Debtor Lisa M. Baxendell paulmgoltz@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Debtor Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Joint Debtor Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 15