UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | TROY & LISA M. BAXENDELL |
| Case Number: | 07-26165-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, MARCH 27, 2018 09:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

RULE TO SHOW CAUSE To Determine Why The Prior Order Of August 23, 2017, Should Not Be Modified Pursuant To The Amended Order of Court [to reflect the precise amount to be distributed and the name and addresss of the individual to whom the distribution should be transmitted]
- Written Responses Due By 3/22/2018
R / M #:  107 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / KATZ / PAIL
DEBTORS:  ROBERT B. MARCUS, ESQUIRE
CREDITOR:  LISA M. BURKHART, ESQUIRE for BOROUGH OF PLEASANT HILLS

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  O/E.

**- Amended Order entered 3/27/2018 Granting Motion To Authorize Disbursement of Funds**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
3/27/18 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA