IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TROY BAXENDELL and
LISA M. BAXENDELL,

    Debtors,

BOROUGH OF PLEASANT HILLS,

    Movant,

vs.

OFFICE OF UNITED STATES TRUSTEE,

    Respondent.

: Bankruptcy No. 07-26165-JAD

: Chapter 13

: Related To Doc. No. 107

## AMENDED ORDER OF COURT

 AND NOW, this 27th day of March, 2018, on Movant Borough of Pleasant Hills' *Motion To Authorize The Disbursement Of Funds Held In Escrow*, it appearing that all creditors and lien holders were served, it is hereby **ORDERED** that the unclaimed funds in the amount of $3,812.59 shall be distributed to the Borough of Pleasant Hills to be applied toward the Post-Petition Sewer and Solid Waste charges for the real property located at 376 Saratoga Drive, Pittsburgh, PA 15236. The Clerk shall mail the funds to:

Borough of Pleasant Hills
c/o Lisa M. Burkhart, Esquire
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219

BY THE COURT:

JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

FILED
3/27/18 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
Troy and Lisa M. Baxendell
Robert B. Marcus, Esquire
Lisa M. Burkhart, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee
Lee Katsafansas, Finance Clerk

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 07-26165-JAD
Troy Baxendell                                                   Chapter 13
Lisa M. Baxendell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Mar 27, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db/jdb         +Troy Baxendell,   Lisa M. Baxendell,   376 Saratoga Drive,   Pittsburgh, PA 15236-4455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com
              Krysia  Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com
              Laura M. McCurdy    on behalf of Attorney    West Jefferson Hills School District
               lmccurdy@wbklegal.com
              Lisa M. Burkhart    on behalf of Creditor    Borough of Pleasant Hills lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Goltz    on behalf of Joint Debtor Lisa M. Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Debtor Troy  Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Plaintiff Troy  Baxendell paulmgoltz@yahoo.com
              Paul M. Goltz    on behalf of Plaintiff Lisa M. Baxendell paulmgoltz@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Debtor Troy  Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Joint Debtor Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Robert B. Marcus    on behalf of Plaintiff Lisa M. Baxendell attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15